UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION 09-147-KKC

UNITED STATES, PLAINTIFF,

V. **ORDER**

TROY GARDNER, DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on Magistrate Judge Candace Smith's report and recommendation for disposition of Troy Gardner's *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Neither party has filed objections. Having reviewed the report and recommendation and the record, the court **ORDERS**:

(1) Gardner's motion for leave to appeal *in forma pauperis* (R. 152) is **DENIED AS MOOT** because his appeal was subsequently dismissed by the Sixth Circuit (R. 159);

(2) Judge Smith's report and recommendation (R. 183) is **ADOPTED** as the opinion of the court;

(3) Gardner's motion to vacate, set aside, or correct his sentence (R. 138) is **DENIED AS TIME-BARRED** by the applicable statute of limitations for the reasons set forth in the report and recommendation;

(4) The government's motion to dismiss (R. 162) is **GRANTED**;

(5) A certificate of appealability is **DENIED** because no jurists of reason would find it debatable whether his motion states a valid claim of the denial of a constitutional right or whether this court was correct in its ruling; and

(6)  This matter shall be **STRICKEN** from the court's active docket.

A separate judgment will issue.

Dated this 17th day of June, 2013.

Signed By:
*Karen K. Caldwell*  KKC
United States District Judge